```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAVKAT SHARAPOV                  :        CIVIL ACTION
                                  :
         v.                       :
                                  :
DAVID O'NEILL, et al.             :        NO. 26-38
```

## ORDER

AND NOW, this 8th day of January 2026, it is hereby ORDERED that petitioner Shavkat Sharapov shall not be transferred out of the Eastern District of Pennsylvania pending further order of this court.

BY THE COURT:


/s/   Harvey Bartle III
                                              J.