IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAVKAT SHARAPOV, : | |
| : | |
| Petitioner : | Case No. 2:26-cv-00038-HB |
| v. : | |
| : | |
| O'NEILL, ET AL. : | |
| : | |
| Respondents. : | |

## **STIPULATION AND ORDER**

Petitioner is non-citizen who has been detained by immigration authorities since January 3, 2026. Petitioner filed this action for a writ of habeas corpus on January 6, 2026 (Doc. No. 1). Pursuant to the Court's Order, the respondents are to file an opposition to the petition on or before January 15, 2026. (Doc. No. 3). The Court further ordered oral argument to occur on January 26, 2026 at 10:00 A.M. *Id*.

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the emergency petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Accordingly, it is hereby ORDERED:

Oral argument scheduled for January 26, 2026 is cancelled; and

The Court will decide the petition on the papers.

1

Dated: January 12, 2026                                  Respectfully submitted,

                                                                 DAVID METCALF
                                                                 United States Attorney

| */s/ Christopher M. Casazza* | */s/ Mansi G. Shah* |
|---|---|
| CHRISTOPHER M. CASAZZA | MANSI G. SHAH |
| Palladino, Isbell & Casazza, LLC | Assistant United States Attorney |
| 1528 Walnut St, Suite 1701 | Eastern District of Pennsylvania |
| Philadelphia, PA 19102 | 615 Chestnut Street, Suite 1250 |
| Office: (215) 576-9000 | Philadelphia, PA 19106 |
| Email: Chris@piclaw.com | Phone: (215) 861-8318 |
| | Email: Mansi.Shah@usdoj.gov |
| *Counsel for Petitioner* | *Counsel for Respondents* |

                                                                     BY THE COURT

Date: January 13, 2026                                        /s/ Harvey Bartle III
                                                                                                   J.