```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAVKAT SHARAPOV              :        CIVIL ACTION
                             :
       v.                     :
                             :
DAVID O'NEILL, et al.         :        NO. 26-38
```

ORDER

AND NOW, this 20th day of January 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the Petition for Writ of Habeas Corpus by Shavkat Sharapov is GRANTED;

(2)  Shavkat Sharapov is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

(3)  The Government shall RELEASE Shavkat Sharapov from custody immediately and shall certify compliance with this Order by filing said certification on the docket no later than 12:00 P.M. EST on January 21, 2026;

(4)  The Government is temporarily enjoined from re-detaining Shavkat Sharapov for seven days following his release from custody;

(5)  If the Government chooses to pursue re-detention of Shavkat Sharapov after that seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at

which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

(6)   Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Shavkat Sharapov from the Eastern District of Pennsylvania before the ordered bond hearing.  If the immigration judge determines that Shavkat Sharapov is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from the undersigned to move Shavkat Sharapov if unforeseen or emergency circumstances arise that require him to be removed from the District.  Any such request must include an explanation for the request as well as a proposed destination.  The Court will then determine whether to grant the request and to permit his transfer.

(7)   The clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.

2